RECEIVED
IN LAKE CHARLES, LA

MAR - 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| MICHAEL D. MARLIN | : | DOCKET NO. 2:05-cv-1947 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| JOEL ALEXANDRE, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the plaintiff's motion for immediate medical treatment be DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___6___ day of ___March___, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE