# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICHAEL D. MARLIN | : | DOCKET NO. 2:05-cv-1947 Section P |
| VS. | : | JUDGE MINALDI |
| JOEL D. ALEXANDRE, ET AL. | : | MAGISTRATE JUDGE WILSON |

## O R D E R

Currently before the court is a "Motion to Amend" [doc. 24] and two "Motions to Show Deliberate Indifference" [docs. 35 & 36] filed by *pro se* plaintiff, Michael D. Marlin. By these motions, the plaintiff seeks leave of court to amend his civil rights complaint by providing additional factual allegations in support of his claims.

A review of the record in this case reveals that Plaintiff was ordered by the court to amend his complaint. Accordingly, leave of court is not necessary. For this reason,

IT IS ORDERED that the motions be DENIED as unnecessary.

THE CLERK OF COURT IS DIRECTED to file the motions in the record as amended complaints and to refer the record to the *pro se* staff attorney for review.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 19th day of May, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE