
RECEIVED
IN LAKE CHARLES, LA

JUL 25 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| MICHAEL D. MARLIN | CIVIL ACTION NO. 05-1947-LC |
| VS. | SECTION P |
| JOEL D. ALEXANDRE, ET AL | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights claims against defendants Alexandre and Lusk be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS ALSO ORDERED** that plaintiff's civil rights claims against defendant Fontenot be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies as mandated by the provisions of 42 U.S.C. §1997e.

**IT IS FINALLY ORDERED** that plaintiff's claims arising under the Americans With Disabilities Act be dismissed as the ADA is not applicable to the federal government.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this _25_ day of _July_, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE